IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MARK E. RICE,<br>    Plaintiff(s)<br>v.<br>C. SAM DePINTO,<br>C. SAM DePINTO STABLE and<br>SHANNON DePINTO,<br>    Defendant(s) | Civil Action No. 14-3953 (ES)(JAD)<br><br>**ORDER** |

This matter having been opened to the Court by Marc Antony Arrigo, Esquire, of the offices of Howard A. Taylor, LLC, attorneys for defendants, C. Sam DePinto, C. Sam DePinto Stable and Shannon DePinto, for an Order to deny the Motion for Judgment of Default, to open, set aside and/or vacate the Entry of Default entered herein, and permit defendants to file and Answer to Complaint, and the Court having considered the papers and argument of counsel, and good cause appearing:

It is on this __28th__ day of __January__, 2015, **ORDERED** that the said Motion for Default Judgment is **DENIED**;

IT IS FURTHER ORDERED that the Entry of Default is hereby ~~opened, set aside and/or~~ vacated; *[JAD]* ✻

~~IT IS FURTHER ORDERED that the defendants shall be permitted to file an Answer to Complaint in the proposed form attached within _____ days of this Order; and~~ *[JAD]*

IT IS FURTHER ORDERED that a copy of this Order be served on the attorney(s) for all parties within __5__ days.

_____
Hon. Joseph A. Dickson
United States Magistrate Judge

✻ IT IS FURTHER ORDERED that the Motion for default judgement, (ECF No. 4), and its opposition (Referred to by Defendants as a motion to deny default), (ECF No. 5), are both DENIED as moot;